# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MONTEMURRO, | Case No.: 2:20-cv-00235-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| ARSTRAT, LLC, | |
| Defendant | |

On August 24, 2020, the parties advised the court that they had settled this matter and requested 60 days to file a stipulation to dismiss defendant ARSTRAT, LLC. Nothing has been filed since.

I THEREFORE ORDER that the parties shall file a stipulation of dismissal or a status report by December 15, 2020. The failure to do so will result in dismissal of this case.

DATED this 1st day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE